

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MARY O'FLYNN**
*Senior Counsel*
moflynn@law.nyc.gov
Phone: (212) 356-2352

December 8, 2025

**By ECF**
District Judge Jennette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Khadijah Almarales v City of New York et. al.,* 25-CV-09451 (JAV)

Your Honor:

    I am a Deputy Chief in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of Defendant City of New York to respectfully request a sixty day enlargement of time until February 6, 2026 to answer or otherwise respond to the complaint. Plaintiff's counsel consents to this request.

    Plaintiff alleges, inter alia, that she was falsely arrested for shoplifting in a Target store in midtown Manhattan. Plaintiff further alleges she was held in custody for several hours before being issued a Desk Appearance Ticket and released. According to the complaint, the District Attorney's Office declined to prosecute the case and all charges were dismissed. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we will need time to investigate the allegations set forth in the complaint. Because the complaint asserts that plaintiff's criminal case was dismissed, we will need an unsealing release, pursuant to New York Criminal Procedure Law § 160.50, from plaintiff in order to obtain any of the underlying arrest records. Once the unsealing release is received it will take some time to request, obtain and review the records.

    With respect to the individually named defendants, it appears two of the named officers are no longer employed with the New York City Police Department. The enlargement of time will also allow this office the time necessary to determine the correct service addresses where those former employees can be served with the summons and complaint.

      In light of the above, defendant City respectfully requests that the Court extend its time to answer or otherwise respond to the complaint to February 6, 2026.

      Thank you for your consideration of this request.

                                                          Respectfully submitted,

                                                          /s/*Mary O'Flynn*
                                                          Senior Counsel
                                                          Special Federal Litigation Division

cc:  All counsel by ECF