UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KADIJAH ALMARALES, | | |
| Plaintiff, | | 25-CV-09451 (JAV) |
| -v- | | ORDER |
| THE CITY OF NEW YORK, et al., | | |
| Defendants. | | |

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the Notice of Acceptance with offer of Judgment against Defendants Target Corporation and City of New York. ECF No. 54, 56. In light of Plaintiff's acceptance of these Defendants' offers of judgment, the parties are directed to file a letter regarding, what, if any, steps remain in this action by August 26, 2026, particularly with respect to the remaining Defendants in this action.

SO ORDERED.

Dated: August 14, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge