UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KADIJAH ALMARALES,

Plaintiff,

-against-

THE CITY OF NEW YORK; P.O. NICHOLAS STOLFARYDER; P.O. JON FELZ; SGT. COURTNEY HAMLIN; TARGET CORPORATION; JOHN/JANE DOES 1-5,

Defendants.

**RULE 68 JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT TARGET**

Case No.: 1:25-cv-09451 (JAV)

**WHEREAS,** pursuant to Fed. R. Civ. P. 68(a), Plaintiff Kadijah Almarales ("Plaintiff") has accepted an Offer of Judgment ("Offer") issued by Defendant Target, for the total sum of SEVENTY-FIVE THOUSAND AND ONE ($75,001.00) DOLLARS, plus reasonable attorneys' fees, expenses, and costs accrued through the date of this Offer with respect to Plaintiff's federal claims and any other claims asserted against Target for which Plaintiff may be entitled to recover attorneys' fees, expenses, or costs pursuant to statute, contract, rule or other applicable law;

**WHEREAS,** The judgment shall constitute full satisfaction of all federal, state-law, statutory, and common-law claims or rights that plaintiff asserted, or could have asserted, against Target for damages or any other form of relief arising out of the alleged acts or omissions of Target or any of its past or present parents, subsidiaries, affiliates, officers, directors, employees, representatives, or agents in connection with the facts and circumstances that are the subject of this action;

**WHEREAS,** the Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and shall not be construed as an admission of liability by Target or any of its past or present subsidiaries, affiliates, officers, directors, employees, representatives, or agents, nor as an admission that Plaintiff suffered any injury or damages;

**WHEREAS**, acceptance of this Offer shall release and discharge Target and its past and present parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, representatives, and agents, including any current or former Target employee who is subsequently named as a defendant based upon the alleged facts and circumstances that are the subject of this action, from any and all claims that were or could have been asserted by plaintiff against them arising out of those facts and circumstances;

**WHEREAS**, acceptance of this Offer shall also constitute a waiver of Plaintiff's right to recover interest on the amount of the judgment;

**WHEREAS**, Plaintiff expressly agrees that any and all liens, including those asserted under 42 U.S.C. § 1395y, will be paid from the judgment amount directly to the lienholder, with the balance, if any, paid to Plaintiff and her attorneys;

**ORDERED** that judgment be and is hereby entered in favor of the Plaintiff, Kadijah Almarales, and against Defendant Target, in the amount of SEVENTY-FIVE THOUSAND AND ONE ($75,001.00).

Dated: August 26, 2026
New York, New York

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**