UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KADIJAH ALMARALES,

Plaintiff,

-against-

THE CITY OF NEW YORK; P.O. NICHOLAS STOLFARYDER; P.O. JON FELZ; SGT. COURTNEY HAMLIN; TARGET CORPORATION; JOHN/JANE DOES 1-5,

Defendants.

**RULE 68 JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT CITY OF NEW YORK**

Case No.: 1:25-cv-09451

**WHEREAS,** pursuant to Fed. R. Civ. P. 68(a), Plaintiff Kadijah Almarales ("Plaintiff") has accepted an Offer of Judgment ("Offer") issued by Defendant City of New York, for the total sum of SEVENTY-FIVE THOUSAND AND ONE ($75,001.00) DOLLARS, plus reasonable attorneys' fees, expenses, and costs to the date of the offer, in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant City of New York or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

**WHEREAS,** the Offer is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendant City or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that Plaintiff has suffered any damages.

**WHEREAS,** acceptance of the Offer will act to release and discharge Defendant City of New York; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff arising out of the facts and circumstances that are the subject of this action;

**WHEREAS**, acceptance of the Offer also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment;

**WHEREAS**, Plaintiff agrees that payment of SEVENTY-FIVE THOUSAND AND ONE ($75,001.00) within ninety (90) days of the date of acceptance of the Offer shall be a reasonable time for such payment, unless he received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If Plaintiff is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendant a final demand letter from Medicare;

**WHEREAS,** Plaintiff agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26;

**WHEREAS**, Plaintiff agrees to hold harmless Defendant City of New York and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

**ORDERED** that judgment be and is hereby entered in favor of the Plaintiff, Kadijah Almarales, and against the City of New York, in the amount of SEVENTY-FIVE THOUSAND AND ONE ($75,001.00).

Dated: August 26, 2026
New York, New York

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**