UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KADIJAH ALMARALES,<br><br>Plaintiff,<br><br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>Defendant. | 25-CV-09451 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the parties' status report filed on August 20, 2026. ECF No. 60. The parties have informed the Court that they are "working cooperatively to resolve the costs and fees to which Plaintiff is entitled pursuant to terms of both Offers of Judgment." *Id.* Additionally, the parties requested an extension of 45 days from the entry of judgment to attempt to settle costs and fees. *Id*. On August 26, 2026, the Clerk of Court entered judgments against Target Corporation and The City of New York. ECF Nos. 61, 62.

The request for an extension of the deadlines to seek costs and attorney's fees is **GRANTED**. The deadline to file a bill of costs and make any motion for attorney's fees shall be **October 13, 2026**. Plaintiff is further directed to file Notices of Voluntary Dismissal, pursuant to Federal Rules of Civil Procedure 41, as to the remaining defendants in this matter by **September 2, 2026**.

SO ORDERED.

Dated: August 26, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge